**FILED**

12/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0504

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No.: DA 22-0504

KENNETH D. BENESH, Individually, as Trustee of the Ken and Gina Benesh Living Trust dated 1/3/2019, and on behalf of Rogue Barrels, LLC, a Montana entity,

      Plaintiffs/Appellees,

vs.

MICHAEL A. HEBERT, Individually, and on behalf of Rogue Barrels, LLC, a Montana entity, and DOES 1-10,

      Defendant/Appellant,

ORDER

Bruce A. Fredrickson
Angela M. LeDuc
Rocky Mountain Law Partners, P.C.
1830 3rd Avenue East, Suite 301
P. O. Box 1758
Kalispell, MT 59903-1758
Telephone: (406) 314-6011
Facsimile: (406) 314-6012
E-mail: bruce@rmtlawp.com
angie@rmtlawp.com
*Attorneys for Plaintiff-Appellee*

Tyson A. McLean
Jordan A. Pallesi
KRIS A. MCLEAN LAW FIRM, PLLC
2315 McDonald Ave, Suite 106
Missoula, MT 59801
Telephone: (406) 396-9376
Facsimile: (406) 441-5497
Email: tyson@krismcleanlaw.com
jordan@krismcleanlaw.com
*Attorneys for Defendant-Appellant*

Based upon Plaintiffs/Appellees' Motion for Extension of Time to file their Answer Brief, and good cause appearing,

1

IT IS HEREBY ORDERED that Appellees shall file and serve their Answer

Brief to Defendant/Appellant's Opening on or before January 9, 2023.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 1 2022